537 A.2d 805

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**William DUNN, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 1, 1988.

## ORDER

PER CURIAM.

Petitioner's request for allowance of appeal is granted. The Order of the Superior Court is reversed, and the case is remanded to the Court of Common Pleas of Philadelphia for resentencing in light of *Commonwealth v. Sessoms*, 516 Pa. 365, 532 A.2d 775 (1987).